IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLEVEN MOORER,**

    **Plaintiff,**

v.                                        Case No. 3:11cv248/MCR/EMT

**YONKERS CITY JAIL and
WESTCHESTER COUNTY JAIL,**
    **Defendants.**
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 13, 2011 (Doc. 14). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1406(a).

    3.    The clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 16th day of August, 2011.


*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**